UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 25-CR-097 (JDB) |
| | : | |
| **v.** | : | |
| | : | |
| **NELSON BRYANT,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## JOINT RESPONSE TO THE COURT'S MINUTE ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia respectfully submits this Joint Response to the Court's Minute Order regarding the above-captioned matter. In support of this response, the government relies on the following points and authorities and any other such points and authorities as may be raised at any hearing on this matter.

On December 8, 2025, the Court issued the following Minute Order stating, *inter alia*: "In light of [32] the Court's Memorandum Opinion issued December 4, 2025, and the entire record herein, it is hereby ORDERED that the parties shall submit a joint status report outlining next steps in this case by not later than December 19, 2025."

Consistent with the Court's Minute Order, the United States respectfully avers that its Appellate Division attorneys are still reviewing the Court's Opinion to determine what, if any, next steps will be required. Accordingly, undersigned counsel for the government will notify the Court and parties, without delay, when a final determination has been made.

Wherefore, the government submits this Response to the Court's Minute Order regarding the above-captioned matter.

                        Respectfully submitted,

                        JEANINE FERRIS PIRRO
                        UNITED STATES ATTORNEY

By:    */s/ Emory V. Cole*
                        Emory V. Cole
                        PA. Bar #49136
                        Lauren Galloway
                        D.C. Bar No. 1644886
                        Assistant United States Attorneys
                        United States Attorney Office – D.C.
                        601 D Street, N.W.
                        Washington, D.C. 20530
                        E-mail: Emory.Cole@usdoj.gov