**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

        **v.**              **:**        **25-cr-097 (JDB)**

**NELSON BRYANT**       **:**

**<u>RESPONSE TO MOTION TO DISMISS</u>**

Nelson Bryant has no opposition to the government's motion to dismiss, ECF 35.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004